NUMBER 13-09-00064-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


____________________________________________________________


IN THE INTEREST OF J. J. L., A CHILD

____________________________________________________________


On appeal from the County Court at Law No. 1 


of Calhoun County, Texas.


____________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela 
Memorandum Opinion Per Curiam


 The parties to this appeal have filed an "Agreed Motion to Vacate Trial Court
SAPCR Order on Appeal, Reverse Venue Ruling, and Render Judgment Transferring
Case." According to the motion, the parties have mutually agreed to the relief requested. 
 The Court has considered the motion and it is the Court's opinion that the motion
should be granted in part and denied in part. (1) Accordingly, without regards to the merits,
we vacate the trial court's SAPCR Order entered January 29, 2009 and remand the case
to the trial court for rendition of judgment in accordance with the parties' settlement
agreement. See Tex. R. App. P. 42.1(a)(2)(B); 43.2(d). In accordance with the agreement
of the parties, costs are taxed against the party incurring same. See Tex. R. App. P.
42.1(d).

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 23rd day of July, 2009. 





 

























1. Rule 42.1(a)(2) permits the Court to render judgment effectuating the parties' agreements or to
vacate the trial court's judgment and remand the case to the trial court for rendition of judgment in accordance
with the agreement; we cannot do both. See Tex. R. App. P. 42.1(a)(2)(A), (B).